UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 10-80656-CIV-MARRA/HOPKINS

SPORTING PRODUCTS, LLC
and MARK W. COOK,

    Plaintiffs,

v.

PACIFIC INSURANCE COMPANY, LTD.,

    Defendant.

_____/

### JOINT PRETRIAL SUBMISSION REGARDING STATUS OF PENDING MOTIONS

Plaintiffs SPORTING PRODUCTS, LLC and MARK W. COOK (together "Sporting Products") and Defendant PACIFIC INSURANCE COMPANY, LTD. ("Pacific") (collectively, the "Parties"), pursuant to the Court's January 9, 2012 Order [DE # 196], file this Joint Pretrial Submission Regarding Status of Pending Motions, and state:

1.    This matter is scheduled to commence trial on February 6, 2012.

2.    Pursuant to the Court's January 9, 2012 Order, (i) a pretrial conference is scheduled for Thursday, January 19, 2012 at 9:30 a.m; and (ii) the parties shall inform the Court by January 13, 2012 whether any of the pending motions [DE # 87, 88, 95] have been rendered moot by virtue of the summary judgment order.

3.    The Parties filed their witness lists, exhibit lists and deposition designations on January 10, 2012. Pacific did not list its expert, Mr. George Priest, on its witness list, and did not designate any portion of Mr. Priest's deposition for trial. Pacific hereby confirms and stipulates that it shall not call Mr. Priest as a witness at trial, and shall not read any portion of Mr. Priest's deposition at the trial. Therefore, in reliance on this stipulation, Sporting Products withdraws its

expert designation and expert report of Mr. Edward Lee Burke, thereby rendering Defendant's Motion to Strike Sporting Products' Expert Edward Lee Burke [DE # 87] moot.

4.  As a result of the Court's summary judgment order, Pacific also has not listed its expert, Mr. Randy Garell, on its witness list, and did not designate any portion of Mr. Garell's deposition for trial. Pacific hereby confirms and stipulates that it shall not call Mr. Garell as a witness at trial, and shall not read any portion of Mr. Garell's deposition at the trial. Therefore, in reliance on this stipulation, Sporting Products withdraws its rebuttal expert designation of Mr. Adam Trieschmann, thereby rendering Pacific's Motion to Strike Sporting Products' Rebuttal Expert Designation of Mr. Trieschmann [DE # 95] moot.

5.  Mr. Steven Fjestad is Sporting Products' damages expert, and Sporting Products intends to call Mr. Fjestad as a witness at trial. Therefore, Defendant's Motion to Strike Sporting Products' Expert Steven Fjestad [DE # 88] has not been rendered moot, and the Parties respectfully request that the Court rule on the motion.

WHEREFORE, the Plaintiffs and the Defendant jointly file this Joint Pretrial Submission Regarding Status of Pending Motions, and respectfully request that the Court rule on Defendant's Motion to Strike Sporting Products' Expert Steven Fjestad [DE # 88].

## CERTIFICATE OF GOOD FAITH

Counsel for Plaintiffs Sporting Products, LLC and Mark W. Cook hereby certifies that they have conferred with counsel for Defendant Pacific Insurance Company, Ltd. in a good faith effort to resolve by agreement the issues raised in this motion, and that they join in this Motion.

Dated: January 13, 2012         s/Devin S. Radkay
                                David R. Atkinson (Florida Bar Number: 767239)
                                datkinson@gunster.com

        G. Joseph Curley (Florida Bar Number: 571873)
        jcurley@gunster.com
        777 South Flagler Drive, Suite 500 East
        West Palm Beach, FL  33401
        Telephone:  (561) 655-1980
        Facsimile:  (561) 655-5677
        *Attorneys for Sporting Products, LLC and Mark W. Cook*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2012, I electronically filed the foregoing via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Devin S. Radkay
        Devin S. Radkay

## SERVICE LIST

### Case No.: 10-80656-CIV-MARRA

**Electronic Mail Notice List:**

Joseph R. Miele, Jr.
Ronald Armbrust
Hinshaw & Culberston LLP
One East Broward Boulevard, Suite 1010
Fort Lauderdale, FL 33301
jmiele@hinshawlaw.com
Telephone: 954-467-7900
Facsimile: 954-467-1024
*Attorneys for Pacific Insurance Company, Ltd.*

WPB_ACTIVE 4982785.1

3