UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-80656-CIV-MARRA

SPORTING PRODUCTS, LLC and
MARK W. COOK,

Plaintiffs,

v.

PACIFIC INSURANCE COMPANY, LTD.,

Defendant.
_____/

### ORDER

This cause is before the Court upon the parties' Joint Pretrial Stipulation Regarding Status of Pretrial Motions (DE 202). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) Defendant's Motion to Strike (DE 87) is **DENIED AS MOOT**.

2) Defendant's Motion to Strike Plaintiffs' Rebuttal Expert Designation of Adam Trieschmann and to Preclude "Expert" Testimony of Adam Trieschmann at the Trial of this Case (DE 95) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of January, 2012.

_____
KENNETH A. MARRA
United States District Judge